FILED
1/26/18 12:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
NATALIE A. PACILEO,   : Case No. 15-11315-TPA
   *Debtor*   :
   : Chapter 7
   :
   : Hrg.:  Feb. 15, 2018 at 11:00 AM

*Order*

The Debtor was discharged on August 4, 2017 and since then there has been virtually no activity on the docket of this case. At an unrelated hearing on December 7, 2017 the Court had inquired of the Chapter 7 Trustee where things stood in the case and was informed by him that the primary remaining impediment to completing the case was dealing with the PACA Trust claim. The Court informed the Trustee that it would not impose a strict deadline for him to take any action in the case, but that it would probably schedule a status conference for sometime after the New Year if nothing was filed in the interim to indicate some activity was occurring. Accordingly, the time is now ripe for doing so.

AND NOW, this *26th* day of *January, 2018*, it is **ORDERED, ADJUDGED** and **DECREED** that a ***status conference*** is scheduled for ***February 15, 2018 at 11:00 A.M.*** in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 S. Park Row, Erie, Pa. 16501 at which time the Trustee shall ***personally appear*** and be prepared to inform the Court as to his plans for moving the case toward closure.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
   Joseph Spero, Esq.
   Charles Kelly, Esq.

*40.T.*

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-11315-TPA
Natalie A. Pacileo                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr              Page 1 of 2              Date Rcvd: Jan 26, 2018
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2018.
db             +Natalie A. Pacileo,    6400 Dobler Road,    Girard, PA 16417-8780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2018 at the address(es) listed below:
              Alicia M. Sandoval    on behalf of Creditor    Bayview Loan Servicing, LLC, attorney in fact for
               M&T Bank alicia.sandoval@obermayer.com
              Alicia M. Sandoval    on behalf of Creditor    M&T BANK alicia.sandoval@obermayer.com
              Carole Katz    on behalf of Mediator Carole  Katz carole@carolekatz.com
              Charles Kelly    on behalf of Plaintiff    Brigiotta's Farmland Produce & Garden Center, Inc.
               ckelly@saul.com, thay@saul.com
              Charles Kelly    on behalf of Creditor    Consumer Fresh Produce, Inc. ckelly@saul.com,
               thay@saul.com
              Gary V. Skiba    on behalf of Accountant Trish  Shoulders gskiba@yochim.com,
               donna@yochim.com;rose227@hotmail.com
              Gary V. Skiba    on behalf of Debtor Natalie A. Pacileo gskiba@yochim.com,
               donna@yochim.com;rose227@hotmail.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et. al.
               bkgroup@kmllawgroup.com
              Jeffrey Kurtzman    on behalf of Creditor    First Allied Corporation Kurtzman@kurtzmansteady.com
              Jeffrey Kurtzman    on behalf of Creditor    Perry Plaza Erie PA, LP Kurtzman@kurtzmansteady.com
              Jeffrey C. Hampton    on behalf of Creditor    Consumer Fresh Produce, Inc. jhampton@saul.com
              Jennifer M. Irvin    on behalf of Creditor    Commonwealth Of Pennsylvania, Department of Labor and
               Industry, Unemployment Compensation Fund jeirvin@pa.gov,   jeirvin@pa.gov
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              John F. Kroto    on behalf of Creditor    Perry Plaza Erie PA, LP john_kroto@pawb.uscourts.gov,
               knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
              Joseph B. Spero    on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com,
               jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
              Joseph B. Spero    sperolaw@neohio.twcbc.com,    jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
              Justin M. Tuskan    on behalf of Creditor    PSF Acquisition Company, LLC jtuskan@metzlewis.com
              Kate Ellis    on behalf of Plaintiff    Brigiotta's Farmland Produce & Garden Center, Inc.
               kellis@mccarronlaw.com
              Michael P. Kruszewski    on behalf of Creditor    Ford Brothers Wholesale Meats, Inc.
               mkruszewski@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
               com;mmyers@quinnfirm.com
              Michael P. Kruszewski    on behalf of Defendant    Ford Brothers Wholesale Meats, Inc.
               mkruszewski@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
               com;mmyers@quinnfirm.com
              Michael S. Jan Janin    on behalf of Creditor    Erie Federal Credit Union mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com

```
District/off: 0315-1          User: gamr              Page 2 of 2              Date Rcvd: Jan 26, 2018
                              Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
         Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
         redmundson@attorneygeneral.gov
        Thomas   Brasco, Jr.    on behalf of Plaintiff Natalie A. Pacileo tbrasco@yochim.com
        Thomas   Brasco, Jr.    on behalf of Debtor Natalie A. Pacileo tbrasco@yochim.com

                                                                                          TOTAL: 26