Case 15-11315-TPA    Doc 467    Filed 02/16/18    Entered 02/16/18 16:25:25    Desc Main
Document    Page 1 of 1

FILED
2/16/18 4:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 15-11315-TPA |
| Natalie A. Pacileo | : | Chapter: | 7 |
| *Debtor(s).* | : | Date: | 2/15/2018 |
| | : | Time: | 11:00 |

### PROCEEDING MEMO

**MATTER:**  #465 Status Conference on moving case toward closure

**APPEARANCES:**

Debtor: Gary V. Skiba
Trustee: Joseph B. Spero
Consumer Fresh Produce; Brigiotta: Jeremy Darling (Video)

**NOTES:**

Spero: Delayed due to respective claimants positions.

Darling: Stated creditor's position.

**OUTCOME:** Chambers to enter order.

jlm