FILED
2/16/18 4:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

NATALIE A. PACILEO, : Case No. 15-11315-TPA
*Debtor.* :
: Chapter 7
:
: Related to Doc. Nos. 465

## **ORDER**

At the February 15, 2018 Status Conference which was set due to the lack of any noticeable progress for over a year in this case, the Chapter 7 Trustee and Counsel for Consumer Fresh Produce and Brigiotta's Farmland Produce and Garden Center ("PACA Trust Creditors") asked the Court for permission to "remarket" the Debtor's residential property, even though neither had agreed to a proposed distribution of sale assets over and above payment of the first lien to HSBC Financial, which lien totals approximately $190,000. It appears, the wrangling between the Parties as to the efficacy of their respective legal positions regarding the appropriate distribution of any sale proceeds has led to the current inertia in the case.

Ostensibly, the Trustee has moved from his previous position that the PACA Trust Creditors' lien was unenforceable against the Debtor's residence and is now opting to sell the property for the benefit of the PACA Trust Creditors. According to the Trustee, a year ago, he had an offer of purchase in the $400,000 range but current market interest in the property is only in the $250,000 range. Unfortunately for the PACA Trust Creditors, unless the Estate receives a "net meaningful distribution" for the benefit of the unsecured creditors the Chapter 7 Trustee is not permitted to liquidate Estate property simply for the benefit of a secured creditor. The passage

1

of time without any progress, has led to a diminution in potential recovery for both parties. If the property is to be liquidated in bankruptcy, the Parties need to cooperate and propose a sale that results in a meaningful distribution to unsecured creditors. Regardless, the current state of affairs cannot continue. Therefore,

*AND NOW*, this *16th* day of *February, 2018*, for the reasons stated above and at the February 15th Status Conference, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that ***on or before March 19, 2018*** the Trustee shall file a feasible ***Motion for Sale*** regarding liquidation of the real property located at 6400 Dobler Road, Girard, Pennsylvania or the property will be ***deemed abandoned*** without further notice or hearing. In such event, ***on or before May 21, 2018*** the Trustee is directed to prepare and file the necessary estate accounting and close out documents with the United States Trustee.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Joseph Spero, Esq.
    Jeremy Darling, Esq.
    Gary Skiba, Esq.
    Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Natalie A. Pacileo  
    Debtor

Case No. 15-11315-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: jmar     Page 1 of 2     Date Rcvd: Feb 16, 2018  
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.
```
db            +Natalie A. Pacileo,    6400 Dobler Road,    Girard, PA 16417-8780
              +Jeremy Darling, Esq.,    One PPG Place,    Suite 3010,    Pittsburgh, PA 15222-5419
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:
```
          Alicia M. Sandoval    on behalf of Creditor    Bayview Loan Servicing, LLC, attorney in fact for
           M&T Bank alicia.sandoval@obermayer.com
          Alicia M. Sandoval    on behalf of Creditor    M&T BANK alicia.sandoval@obermayer.com
          Carole  Katz    on behalf of Mediator Carole  Katz carole@carolekatz.com
          Charles  Kelly    on behalf of Plaintiff    Brigiotta's Farmland Produce & Garden Center, Inc.
           ckelly@saul.com, thay@saul.com
          Charles  Kelly    on behalf of Creditor    Consumer Fresh Produce, Inc. ckelly@saul.com,
           thay@saul.com
          Gary V. Skiba    on behalf of Accountant Trish  Shoulders gskiba@yochim.com,
           donna@yochim.com;rose227@hotmail.com
          Gary V. Skiba    on behalf of Debtor Natalie A. Pacileo gskiba@yochim.com,
           donna@yochim.com;rose227@hotmail.com
          James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et. al.
           bkgroup@kmllawgroup.com
          Jeffrey  Kurtzman    on behalf of Creditor    First Allied Corporation Kurtzman@kurtzmansteady.com
          Jeffrey  Kurtzman    on behalf of Creditor    Perry Plaza Erie PA, LP Kurtzman@kurtzmansteady.com
          Jeffrey C. Hampton    on behalf of Creditor    Consumer Fresh Produce, Inc. jhampton@saul.com
          Jennifer M. Irvin    on behalf of Creditor    Commonwealth Of Pennsylvania, Department of Labor and
           Industry, Unemployment Compensation Fund jeirvin@pa.gov,  jeirvin@pa.gov
          Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
           Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          John F. Kroto    on behalf of Creditor    Perry Plaza Erie PA, LP john_kroto@pawb.uscourts.gov,
           knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
          Joseph B. Spero    on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com,
           jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
          Joseph B. Spero    sperolaw@neohio.twcbc.com,    jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
          Justin M. Tuskan    on behalf of Creditor    PSF Acquisition Company, LLC jtuskan@metzlewis.com
          Kate  Ellis    on behalf of Plaintiff    Brigiotta's Farmland Produce & Garden Center, Inc.
           kellis@mccarronlaw.com
          Michael P. Kruszewski    on behalf of Creditor    Ford Brothers Wholesale Meats, Inc.
           mkruszewski@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
           com;mmyers@quinnfirm.com
          Michael P. Kruszewski    on behalf of Defendant    Ford Brothers Wholesale Meats, Inc.
           mkruszewski@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
           com;mmyers@quinnfirm.com
          Michael S. Jan Janin    on behalf of Creditor    Erie Federal Credit Union mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
           myers@quinnfirm.com
```

```
District/off: 0315-1          User: jmar                 Page 2 of 2            Date Rcvd: Feb 16, 2018
                              Form ID: pdf900            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
           Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
           redmundson@attorneygeneral.gov
          Thomas   Brasco, Jr.    on behalf of Plaintiff Natalie A. Pacileo tbrasco@yochim.com
          Thomas   Brasco, Jr.    on behalf of Debtor Natalie A. Pacileo tbrasco@yochim.com
                                                                                   TOTAL: 26