FILED
3/20/18 2:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

NATALIE A. PACILEO : Case No. 15-11315-TPA

*Debtor* : Chapter 7

:

: Related to Doc. No. 468

### ORDER

**AND NOW,** this **20th** day of **March, 2018,** the Trustee, Joseph Spero, Esq., having failed to timely file a *Motion for Sale* as contemplated by the *Order* dated February 16, 2018 filed at Document No. 468, the residential property at issue referenced in said *Order* is **deemed abandoned**. As further indicated in the *Feb 16th Order*, **on or before May 21, 2018** the Chapter 7 Trustee shall file a *Notice* certifying that all required close out documents including the Trustee's final account have been completed and filed with the United States Trustee.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
   Debtor
   Joseph Spero, Esq.
   Jeremy Darling, Esq.
   Gary Skiba, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-11315-TPA
Natalie A. Pacileo                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr              Page 1 of 2            Date Rcvd: Mar 20, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2018.
db            +Natalie A. Pacileo,   6400 Dobler Road,   Girard, PA 16417-8780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2018 at the address(es) listed below:
              Alicia M. Sandoval    on behalf of Creditor    Bayview Loan Servicing, LLC, attorney in fact for
               M&T Bank alicia.sandoval@obermayer.com
              Alicia M. Sandoval    on behalf of Creditor    M&T BANK alicia.sandoval@obermayer.com
              Carole Katz    on behalf of Mediator Carole  Katz carole@carolekatz.com
              Charles Kelly    on behalf of Plaintiff    Brigiotta's Farmland Produce & Garden Center, Inc.
               ckelly@saul.com,   thay@saul.com
              Charles Kelly    on behalf of Creditor    Consumer Fresh Produce, Inc. ckelly@saul.com,
               thay@saul.com
              Gary V. Skiba    on behalf of Accountant Trish  Shoulders gskiba@yochim.com,
               donna@yochim.com;rose227@hotmail.com
              Gary V. Skiba    on behalf of Debtor Natalie A. Pacileo gskiba@yochim.com,
               donna@yochim.com;rose227@hotmail.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et. al.
               bkgroup@kmllawgroup.com
              Jeffrey Kurtzman    on behalf of Creditor    First Allied Corporation Kurtzman@kurtzmansteady.com
              Jeffrey Kurtzman    on behalf of Creditor    Perry Plaza Erie PA, LP Kurtzman@kurtzmansteady.com
              Jeffrey C. Hampton    on behalf of Creditor    Consumer Fresh Produce, Inc. jhampton@saul.com
              Jennifer M. Irvin    on behalf of Creditor    Commonwealth Of Pennsylvania, Department of Labor and
               Industry, Unemployment Compensation Fund jeirvin@pa.gov,    jeirvin@pa.gov
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              John F. Kroto    on behalf of Creditor    Perry Plaza Erie PA, LP john_kroto@pawb.uscourts.gov,
               knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
              Joseph B. Spero    on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com,
               jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
              Joseph B. Spero     sperolaw@neohio.twcbc.com,    jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
              Justin M. Tuskan    on behalf of Creditor    PSF Acquisition Company, LLC jtuskan@metzlewis.com
              Kate Ellis    on behalf of Plaintiff    Brigiotta's Farmland Produce & Garden Center, Inc.
               kellis@mccarronlaw.com
              Michael P. Kruszewski    on behalf of Creditor    Ford Brothers Wholesale Meats, Inc.
               mkruszewski@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
               com;mmyers@quinnfirm.com
              Michael P. Kruszewski    on behalf of Defendant    Ford Brothers Wholesale Meats, Inc.
               mkruszewski@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
               com;mmyers@quinnfirm.com
              Michael S. Jan Janin    on behalf of Creditor    Erie Federal Credit Union mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com

```
District/off: 0315-1          User: gamr                Page 2 of 2              Date Rcvd: Mar 20, 2018
                              Form ID: pdf900           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
           Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
           redmundson@attorneygeneral.gov
          Thomas   Brasco, Jr.    on behalf of Plaintiff Natalie A. Pacileo tbrasco@yochim.com
          Thomas   Brasco, Jr.    on behalf of Debtor Natalie A. Pacileo tbrasco@yochim.com
                                                                                         TOTAL: 26