IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> NATALIE A. PACILEO, <br> d/b/a ERIE COUNTY FARMS, <br><br> Debtor <br><br><br> BRIGIOTTA'S FARMLAND PRODUCE <br> & GARDEN CENTER, INC. and <br> CONSUMER FRESH PRODUCE, INC., <br><br> Movants <br> v. <br><br> JOSEPH B. SPERO, AS CHAPTER 7 TRUSTEEE, <br><br> Respondent | : BANKRUPTCY NO. 15-11315-TPA <br> : <br> : <br> : <br> : CHAPTER 7 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## CERTIFICATE OF SERVICE

I, Jeremy B. Darling, hereby certify that on March 27, 2018, I caused a copy of the *Motion of Brigiotta's Farmland Produce & Garden Center, Inc. and Consumer Fresh Produce, Inc. for Relief from the Automatic Stay, and Requesting Expedited Hearing on Same* [Docket No. 473] and the related *Notice and Order Setting Hearing on an Expedited Basis* [Docket No. 476] to be served on the parties on the service list attached hereto in the manner indicated.

          SAUL EWING ARNSTEIN & LEHR LLP

          By: /s/ Jeremy B. Darling
              Jeremy B. Darling, Esq.
              PA ID No. 309652
              *Jeremy.Darling@saul.com*
              One PPG Place, 30th Floor
              Pittsburgh, PA 15222
              Tel.: (412) 209-2508
              Fax: (412) 209-2570

**SERVICE LIST**

Joseph B. Spero, Chapter 7 Trustee
3213 West 26th Street
Erie, PA 16506
sperolaw@neohio.twcbc.com
*via U.S. mail and email*

United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Ustpregion03.pi.ecf@usdoj.gov
*via U.S. mail and email*

Norma Hildenbrand, Esquire
Trial Attorney
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222
Norma.l.hildenbrand@usdoj.gov
*via U.S. mail and email*

Natalie A. Pacilio
6400 Dobler Road
Girard, PA 17417
*via Federal Express and U.S. mail*

Thomas Brasco, Jr., Esquire
Yochim Skiba & Nash
345 West 6th Street
Erie, PA 16507
tbrasco@yochim.com
*via U.S. mail and email*

Gary B. Skiba, Esquire
Yochim Skiba & Nash
345 West 6th Street
Erie, PA 16507
gskiba@yochim.com
Counsel for Bank of America, N.A.
*via U.S. mail and email*

Michael J. Munson, Esquire
John F. Kroto, Esquire
Knox McLaughlin Gornall & Sennett, PC
120 West Tenth Street
Erie, PA 16501
mmusone@kmgslaw.com
jkroto@kmgslaw.com
Counsel for Perry Plaza, Erie, PA. Limited Partnership
*via U.S. mail and email*

Jeffrey Kurtzman, Esquire
Kurtzman Steady, LLC
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147
kurtzman@kurtzmansteady.com
Counsel for Perry Plaza, Erie, PA. Limited Partnership
*via U.S. mail and email*

Cocoran Produce
Building C, 2 Rutgers Road
Crafton, PA 15205
*via U.S. mail*

Consumer Fresh Produce, Inc.
One 21st Street
Pittsburgh, PA 15222
*via U.S. mail*

Sherwood Foods
16625 Granite Road
Maple Heights, OH 44137
*via U.S. mail*

Joshen Paper
P.O. Box 368
Wheatland, PA 16161
*via U.S. mail*

Pittsburgh Seafood
350 Seco Road
Monroeville, PA 15146
*via U.S. mail*

- 4 -

Orton Fruit Farm
10942 Sidehill Road
North East, PA 16428
*via U.S. mail*

Penelec
P.O. Box 16001
Reading, PA 19612
*via U.S. mail*

Hillandale Farms
P.O. Box 296
Corry, PA 16407
*via U.S. mail*

Euro USA
4481 Johnston Pkkwy
Cleveland, OH 44128
*via U.S. mail*

George Morris
8891 Gulf Road
North East, PA 16428
*via U.S. mail*

Euchid Coffee
17230 South Waterloo Road
Cleveland, OH 44110
*via U.S. mail*

International Bakery
610 W. 18th Street
Erie, PA 16502
*via U.S. mail*

EFCU Mastercard
1109 East 38th Street
Erie, PA 16504-1845
*via U.S. mail*

Lucy Foods
408 Long's Road
Latrobe, PA 15650
*via U.S. mail*

Majestic Bakery
1501 Walnut Street
Erie, PA 16507
*via U.S. mail*

Fine European Market
2902 Sycamore Street
Harrisburg, PA 17111
*via U.S. mail*

Bills Bakery
1825 West 26th Street
Erie, PA 16508
*via U.S. mail*

Sysco
1 Whitney Drive
Harmony, PA 16037
*via U.S. mail*

Buffalo Opportunities
1132 Broadway
Buffalo, NY 14212
*via U.S. mail*