IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>NATALIE A. PACILEO,<br>d/b/a ERIE COUNTY FARMS, | : BANKRUPTCY NO. 15-11315-TPA<br>:<br>:<br>: |
| Debtor | : CHAPTER 7<br>: |
| | : Related to Document No. 211 |
| CONSUMER FRESH PRODUCE, INC., | :<br>: |
| Movant<br>v. | :<br>:<br>: |
| NATALIE A. PACILEO<br>d/b/a ERIE COUNTY FARMS, | :<br>: |
| Respondent | :<br>: |

# CERTIFICATE OF SERVICE

I, Jeremy B. Darling, hereby certify that on March 27, 2018, I caused a copy of the ***Motion of Consumer Fresh Produce, Inc. to Convert Order on Non-Dischargeability to Judgment and Declaration of Non-Dischargeability, and Requesting Expedited Hearing on Same*** [Docket No. 475] and the related ***Notice and Order Setting Hearing on an Expedited Basis*** [Docket No. 477] to be served on the parties on the service list attached hereto in the manner indicated.

                              SAUL EWING ARNSTEIN & LEHR LLP

                              By: /s/ Jeremy B. Darling
                                  Jeremy B. Darling, Esq.
                                  PA ID No. 309652
                                  *Jeremy.Darling@saul.com*
                                  One PPG Place, 30th Floor
                                  Pittsburgh, PA 15222
                                  Tel.: (412) 209-2508
                                  Fax: (412) 209-2570

**SERVICE LIST**

Joseph B. Spero, Chapter 7 Trustee
3213 West 26th Street
Erie, PA 16506
sperolaw@neohio.twcbc.com
*via U.S. mail and email*

United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Ustpregion03.pi.ecf@usdoj.gov
*via U.S. mail and email*

Norma Hildenbrand, Esquire
Trial Attorney
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222
Norma.l.hildenbrand@usdoj.gov
*via U.S. mail and email*

Natalie A. Pacilio
6400 Dobler Road
Girard, PA 17417
*via Federal Express and U.S. mail*

Thomas Brasco, Jr., Esquire
Yochim Skiba & Nash
345 West 6th Street
Erie, PA 16507
tbrasco@yochim.com
*via U.S. mail and email*

Gary B. Skiba, Esquire
Yochim Skiba & Nash
345 West 6th Street
Erie, PA 16507
gskiba@yochim.com
Counsel for Bank of America, N.A.
*via U.S. mail and email*

24446319.1 03/27/2018

- 3 -

Michael J. Munson, Esquire
John F. Kroto, Esquire
Knox McLaughlin Gornall & Sennett, PC
120 West Tenth Street
Erie, PA 16501
mmusone@kmgslaw.com
jkroto@kmgslaw.com
Counsel for Perry Plaza, Erie, PA. Limited Partnership
*via U.S. mail and email*

Jeffrey Kurtzman, Esquire
Kurtzman Steady, LLC
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147
kurtzman@kurtzmansteady.com
Counsel for Perry Plaza, Erie, PA. Limited Partnership
*via U.S. mail and email*

Cocoran Produce
Building C, 2 Rutgers Road
Crafton, PA 15205
*via U.S. mail*

Consumer Fresh Produce, Inc.
One 21st Street
Pittsburgh, PA 15222
*via U.S. mail*

Sherwood Foods
16625 Granite Road
Maple Heights, OH 44137
*via U.S. mail*

Joshen Paper
P.O. Box 368
Wheatland, PA 16161
*via U.S. mail*

Pittsburgh Seafood
350 Seco Road
Monroeville, PA 15146
*via U.S. mail*

- 4 -

Orton Fruit Farm
10942 Sidehill Road
North East, PA 16428
*via U.S. mail*

Penelec
P.O. Box 16001
Reading, PA 19612
*via U.S. mail*

Hillandale Farms
P.O. Box 296
Corry, PA 16407
*via U.S. mail*

Euro USA
4481 Johnston Pkkwy
Cleveland, OH 44128
*via U.S. mail*

George Morris
8891 Gulf Road
North East, PA 16428
*via U.S. mail*

Euchid Coffee
17230 South Waterloo Road
Cleveland, OH 44110
*via U.S. mail*

International Bakery
610 W. 18th Street
Erie, PA 16502
*via U.S. mail*

EFCU Mastercard
1109 East 38th Street
Erie, PA 16504-1845
*via U.S. mail*

Lucy Foods
408 Long's Road
Latrobe, PA 15650
*via U.S. mail*

Majestic Bakery
1501 Walnut Street
Erie, PA 16507
*via U.S. mail*

Fine European Market
2902 Sycamore Street
Harrisburg, PA 17111
*via U.S. mail*

Bills Bakery
1825 West 26th Street
Erie, PA 16508
*via U.S. mail*

Sysco
1 Whitney Drive
Harmony, PA 16037
*via U.S. mail*

Buffalo Opportunities
1132 Broadway
Buffalo, NY 14212
*via U.S. mail*