FILED
3/27/18 9:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 15-11315-TPA |
| NATALIE A. PACILEO, | : |
| d/b/a ERIE COUNTY FARMS, | : |
| | : |
| Debtor | : CHAPTER 7 |
| | : |
| | : |
| BRIGIOTTA'S FARMLAND PRODUCE | : Related to Document No. 473 |
| & GARDEN CENTER, INC. and | : |
| CONSUMER FRESH PRODUCE, INC., | : |
| | : |
| Movants | : |
| v. | : Hearing:  April 12, 2018 at 11:00 A.M. |
| | : |
| JOSEPH B. SPERO, AS CHAPTER 7 | : |
| TRUSTEEE, | : |
| | : |
| Respondent | : |

### NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

AND NOW, this 27th day of March, 2018, NOTICE IS HEREBY GIVEN THAT a *Request for an Expedited Hearing on Motion of Brigiotta's Farmland Produce & Garden Center, Inc. and Consumer Fresh Produce, Inc. for Relief from the Automatic Stay* (the "Motion") has been filed in the above-referenced case by Saul Ewing Arnstein & Lehr LLP, Counsel for Brigiotta's Farmland Produce & Garden Center, Inc. and Consumer Fresh Produce, Inc. On April 12, 2018 at 11:00 A. M. a hearing has been scheduled in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

On or before April 9, 2018, *Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

*Movant shall serve* a copy of this Scheduling Order and the Motion by U.S. Mail **and**, (1) hand delivery **or** (2) facsimile **or** (3) email (separate from CM/ECF) on the Respondent(s), Trustee, Debtor, Debtor's Counsel, and all secured creditors whose interests may be affected by the relief requested, and via U.S. Mail only on the 20 largest unsecured creditors.  Movant shall immediately file a certificate of service indicating such service.

_____
Honorable Thomas P. Agresti, jlm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-11315-TPA
Natalie A. Pacileo                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr              Page 1 of 2              Date Rcvd: Mar 27, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
db             +Natalie A. Pacileo,    6400 Dobler Road,    Girard, PA 16417-8780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
              Alicia M. Sandoval    on behalf of Creditor    Bayview Loan Servicing, LLC, attorney in fact for
               M&T Bank alicia.sandoval@obermayer.com
              Alicia M. Sandoval    on behalf of Creditor    M&T BANK alicia.sandoval@obermayer.com
              Carole  Katz    on behalf of Mediator Carole  Katz carole@carolekatz.com
              Charles  Kelly    on behalf of Plaintiff    Brigiotta's Farmland Produce & Garden Center, Inc.
               ckelly@saul.com,    thay@saul.com
              Charles  Kelly    on behalf of Creditor    Consumer Fresh Produce, Inc. ckelly@saul.com,
               thay@saul.com
              Charles  Kelly    on behalf of Creditor    Brigiottas Farmland Produce & Garden Center, Inc.
               ckelly@saul.com,    thay@saul.com
              Gary V. Skiba    on behalf of Accountant Trish  Shoulders gskiba@yochim.com,
               donna@yochim.com;rose227@hotmail.com
              Gary V. Skiba    on behalf of Debtor Natalie A. Pacileo gskiba@yochim.com,
               donna@yochim.com;rose227@hotmail.com
              James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et. al.
               bkgroup@kmllawgroup.com
              Jeffrey  Kurtzman    on behalf of Creditor    First Allied Corporation Kurtzman@kurtzmansteady.com
              Jeffrey  Kurtzman    on behalf of Creditor    Perry Plaza Erie PA, LP Kurtzman@kurtzmansteady.com
              Jeffrey C. Hampton    on behalf of Creditor    Consumer Fresh Produce, Inc. jhampton@saul.com
              Jennifer M. Irvin    on behalf of Creditor    Commonwealth Of Pennsylvania, Department of Labor and
               Industry, Unemployment Compensation Fund jeirvin@pa.gov,    jeirvin@pa.gov
              Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              John F. Kroto    on behalf of Creditor    Perry Plaza Erie PA, LP john_kroto@pawb.uscourts.gov,
               knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
              Joseph B. Spero    on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com,
               jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
              Joseph B. Spero     sperolaw@neohio.twcbc.com,    jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
              Justin M. Tuskan    on behalf of Creditor    PSF Acquisition Company, LLC jtuskan@metzlewis.com
              Kate  Ellis    on behalf of Plaintiff    Brigiotta's Farmland Produce & Garden Center, Inc.
               kellis@mccarronlaw.com
              Michael P. Kruszewski    on behalf of Creditor    Ford Brothers Wholesale Meats, Inc.
               mkruszewski@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
               com;mmyers@quinnfirm.com
              Michael P. Kruszewski    on behalf of Defendant    Ford Brothers Wholesale Meats, Inc.
               mkruszewski@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
               com;mmyers@quinnfirm.com

```
District/off: 0315-1           User: gamr               Page 2 of 2              Date Rcvd: Mar 27, 2018
                               Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Michael S. Jan Janin    on behalf of Creditor    Erie Federal Credit Union mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com

          Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

          Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue redmundson@attorneygeneral.gov

          Thomas   Brasco, Jr.    on behalf of Plaintiff Natalie A. Pacileo tbrasco@yochim.com

          Thomas   Brasco, Jr.    on behalf of Debtor Natalie A. Pacileo tbrasco@yochim.com

          TOTAL: 27