FILED
3/27/18 9:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>NATALIE A. PACILEO,<br>d/b/a ERIE COUNTY FARMS, | : BANKRUPTCY NO. 15-11315-TPA<br>:<br>: |
| Debtor | : CHAPTER 7<br>:<br>: |
| CONSUMER FRESH PRODUCE, INC., | : Related to Document No. 475<br>: |
| Movants<br>v. | :<br>: Hearing: April 12, 2018 at 11:00 A.M.<br>: |
| JOSEPH B. SPERO, AS CHAPTER 7<br>TRUSTEE, | :<br>: |
| Respondent | : |

### NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

AND NOW, this 27th day of March, 2018, **NOTICE IS HEREBY GIVEN THAT** a *Request for an Expedited Hearing on Motion of Consumer Fresh Produce, Inc. to Convert Order on Non-Dischargeability to Judgment and Declaration of Non-Dischargeability* (the "Motion") has been filed in the above-referenced case by Saul Ewing Arnstein & Lehr LLP, Counsel for Consumer Fresh Produce, Inc.

**On** **April 12**, **2018** **at** **11:00** A. M. a hearing has been scheduled in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

**On or before** **April 9, 2018**, *Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

*Movant shall serve* a copy of this Scheduling Order and the Motion by U.S. Mail **and**, (1) hand delivery **or** (2) facsimile **or** (3) email (separate from CM/ECF) on the Respondent(s), Trustee, Debtor, Debtor's Counsel, and all secured creditors whose interests may be affected by the relief requested, and via U.S. Mail only on the 20 largest unsecured creditors. Movant shall immediately file a certificate of service indicating such service.

Honorable Thomas P. Agresti, **jlm**
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Natalie A. Pacileo
        Debtor

Case No. 15-11315-TPA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr          Page 1 of 2          Date Rcvd: Mar 27, 2018
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
db            +Natalie A. Pacileo,   6400 Dobler Road,   Girard, PA 16417-8780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
          Alicia M. Sandoval   on behalf of Creditor   Bayview Loan Servicing, LLC, attorney in fact for
           M&T Bank alicia.sandoval@obermayer.com
          Alicia M. Sandoval   on behalf of Creditor   M&T BANK alicia.sandoval@obermayer.com
          Carole Katz   on behalf of Mediator Carole  Katz carole@carolekatz.com
          Charles Kelly   on behalf of Plaintiff   Brigiotta's Farmland Produce & Garden Center, Inc.
           ckelly@saul.com,  thay@saul.com
          Charles Kelly   on behalf of Creditor   Consumer Fresh Produce, Inc. ckelly@saul.com,
           thay@saul.com
          Charles Kelly   on behalf of Creditor   Brigiottas Farmland Produce & Garden Center, Inc.
           ckelly@saul.com,  thay@saul.com
          Gary V. Skiba   on behalf of Accountant Trish  Shoulders gskiba@yochim.com,
           donna@yochim.com;rose227@hotmail.com
          Gary V. Skiba   on behalf of Debtor Natalie A. Pacileo gskiba@yochim.com,
           donna@yochim.com;rose227@hotmail.com
          James Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, et. al.
           bkgroup@kmllawgroup.com
          Jeffrey Kurtzman   on behalf of Creditor   First Allied Corporation Kurtzman@kurtzmansteady.com
          Jeffrey Kurtzman   on behalf of Creditor   Perry Plaza Erie PA, LP Kurtzman@kurtzmansteady.com
          Jeffrey C. Hampton   on behalf of Creditor   Consumer Fresh Produce, Inc. jhampton@saul.com
          Jennifer M. Irvin   on behalf of Creditor   Commonwealth Of Pennsylvania, Department of Labor and
           Industry, Unemployment Compensation Fund jeirvin@pa.gov,  jeirvin@pa.gov
          Jill Locnikar   on behalf of Creditor   United States of America Department of the Treasury,
           Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          John F. Kroto   on behalf of Creditor   Perry Plaza Erie PA, LP john_kroto@pawb.uscourts.gov,
           knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
          Joseph B. Spero   on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com,
           jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
          Joseph B. Spero   sperolaw@neohio.twcbc.com,  jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
          Justin M. Tuskan   on behalf of Creditor   PSF Acquisition Company, LLC jtuskan@metzlewis.com
          Kate Ellis   on behalf of Plaintiff   Brigiotta's Farmland Produce & Garden Center, Inc.
           kellis@mccarronlaw.com
          Michael P. Kruszewski   on behalf of Creditor   Ford Brothers Wholesale Meats, Inc.
           mkruszewski@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
           com;mmyers@quinnfirm.com
          Michael P. Kruszewski   on behalf of Defendant   Ford Brothers Wholesale Meats, Inc.
           mkruszewski@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.
           com;mmyers@quinnfirm.com

District/off: 0315-1              User: gamr              Page 2 of 2              Date Rcvd: Mar 27, 2018
                                 Form ID: pdf900         Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael S. Jan Janin    on behalf of Creditor    Erie Federal Credit Union mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
           myers@quinnfirm.com
          Norma Hildenbrand,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee
           Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
           redmundson@attorneygeneral.gov
          Thomas  Brasco, Jr.    on behalf of Plaintiff Natalie A. Pacileo tbrasco@yochim.com
          Thomas  Brasco, Jr.    on behalf of Debtor Natalie A. Pacileo tbrasco@yochim.com
                                                                          TOTAL: 27