# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATALIE A. PACILEO DBA | ) | |
| ERIE COUNTY FARMS, | ) | Case No. 15-cv-11315-TPA |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

## <u>NOTICE OF APPEARANCE</u>

Please kindly enter the appearance of Dorothy A. Davis and the law firm of Eckert Seamans Cherin & Mellott, LLC as counsel of record for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1, successor in interest to Household Realty Corporation in the above-captioned action.


Dated:  April 4, 2018                    Respectfully submitted,


                                        */s/ Dorothy A. Davis*
                                        Dorothy A. Davis
                                        PA ID No. 34958
                                        ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                        600 Grant Street, 44th Floor
                                        Pittsburgh, PA 15219
                                        Phone: (412) 566-6000
                                        Email: ddavis@eckertseamans.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April, 2018, a true and correct copy of the foregoing

Notice of Appearance was electronically filed.  Notice of this filing will be sent to the parties listed

below by operation of the Court's electronic filing system.

Thomas Brasco, Jr.
Yochim Skiba & Nash
345 West 6th Street
Erie, PA 16507
tbrasco@yochim.com

Gary V. Skiba
345 West 6th Street
Erie, PA 16507
gskiba@yochim.com

Joseph B. Spero
3213 West 26th Street
Erie, PA 16506
sperolaw@neohio.twcbc.com

Norma Hildenbrand, on Behalf of the United States Trustee by
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222
Norma.L.Hildenbrand@usdoj.gov

*/s/ Dorothy A. Davis*
Dorothy A. Davis