IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 15-11315-TPA |
| NATALIE A. PACILEO, | : | |
| d/b/a ERIE COUNTY FARMS, | : | |
| | : | CHAPTER 7 |
| Debtor | : | |
| | : | |
| BRIGIOTTA'S FARMLAND PRODUCE | : | |
| & GARDEN CENTER, INC. and | : | |
| CONSUMER FRESH PRODUCE, INC., | : | |
| | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| JOSEPH B. SPERO, AS CHAPTER 7 | : | |
| TRUSTEE, | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF NO OBJECTION RE: MOTION OF BRIGIOTTA'S FARMLAND PRODUCE & GARDEN CENTER, INC. AND CONSUMER FRESH PRODUCE, INC. FOR RELIEF FROM THE AUTOMATIC STAY, AND REQUESTING EXPEDITED HEARING ON SAME

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Motion of Brigiotta's Farmland Produce & Garden Center, Inc. and Consumer Fresh Produce, Inc. for Relief from the Automatic Stay, and Requesting Expedited Hearing on Same* [Dkt 473] (the "Motion"), filed on March 26, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or otherwise responsive pleading appears thereon. Pursuant to the *Notice and Order Setting Hearing on an Expedited Basis* [Dkt 476], the Court set April 9, 2018 as the deadline to file and serve responses to the Motion.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: April 10, 2018　　　　　　　　SAUL EWING ARNSTEIN & LEHR LLP

　　　　　　　　　　　　　　　　　　By:　*/s/ Jeremy B. Darling*
　　　　　　　　　　　　　　　　　　　　　Jeremy B. Darling, Esq.
　　　　　　　　　　　　　　　　　　　　　PA ID No. 309652
　　　　　　　　　　　　　　　　　　　　　One PPG Place, 30th Floor
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　　　　(412) 209-2532
　　　　　　　　　　　　　　　　　　　　　Fax: (412) 209-2508

　　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　　Aaron S. Applebaum, Esq.
　　　　　　　　　　　　　　　　　　　　　Centre Square West
　　　　　　　　　　　　　　　　　　　　　1500 Market Street, 38th Floor
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　(215) 972-8582
　　　　　　　　　　　　　　　　　　　　　Fax: (215) 972-1817
　　　　　　　　　　　　　　　　　　　　　*Pro Hac Vice*

　　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　　McCARRON & DIESS
　　　　　　　　　　　　　　　　　　　　　Kate Ellis, Esq.
　　　　　　　　　　　　　　　　　　　　　4530 Wisconsin Avenue, N.W., Suite 301
　　　　　　　　　　　　　　　　　　　　　Washington DC 20016
　　　　　　　　　　　　　　　　　　　　　(202) 364-0400
　　　　　　　　　　　　　　　　　　　　　Fax: (202) 364-2731
　　　　　　　　　　　　　　　　　　　　　*Pro Hac Vice*

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Brigiotta's Farmland Produce &*
　　　　　　　　　　　　　　　　　　　　　*Garden Center, Inc. and Consumer Fresh Produce,*
　　　　　　　　　　　　　　　　　　　　　*Inc.*