IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 15-11315-TPA |
| NATALIE A. PACILEO, | : | |
| d/b/a ERIE COUNTY FARMS, | : | |
| | : | CHAPTER 7 |
| Debtor | : | |
| | : | |
| CONSUMER FRESH PRODUCE, INC., | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| NATALIE A. PACILEO | : | |
| d/b/a ERIE COUNTY FARMS, | : | |
| | : | |
| Respondent. | : | |

**CERTIFICATE OF NO OBJECTION RE: MOTION OF
CONSUMER FRESH PRODUCE, INC. TO CONVERT ORDER ON NON-
DISCHARGEABILITY TO JUDGMENT AND DECLARATION OF NON-
DISCHARGEABILITY, AND REQUESTING EXPEDITED HEARING ON SAME**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Motion of Consumer Fresh Produce, Inc. to Convert Order on Non-Dischargeability to Judgment and Declaration of Non-Dischargeability, and Requesting Expedited Hearing on Same* [Dkt 475] (the "Motion"), filed on March 26, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or otherwise responsive pleading appears thereon. Pursuant to the *Notice and Order Setting Hearing on an Expedited Basis* [Dkt 477], the Court set April 9, 2018 as the deadline to file and serve responses to the Motion.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: April 10, 2018					SAUL EWING ARNSTEIN & LEHR LLP

                By: */s/ Jeremy B. Darling*
                  Jeremy B. Darling, Esq.
                  PA ID No. 309652
                  One PPG Place, 30th Floor
                  Pittsburgh, PA 15222
                  (412) 209-2532
                  Fax: (412) 209-2508

                  and

                  Aaron S. Applebaum, Esq.
                  Centre Square West
                  1500 Market Street, 38th Floor
                  Philadelphia, PA 19102
                  (215) 972-8582
                  Fax: (215) 972-1817
                  *Pro Hac Vice*

                  and

                  McCARRON & DIESS
                  Kate Ellis, Esq.
                  4530 Wisconsin Avenue, N.W., Suite 301
                  Washington DC 20016
                  (202) 364-0400
                  Fax: (202) 364-2731
                  *Pro Hac Vice*

                  *Attorneys for Consumer Fresh Produce, Inc.*