FILED
4/9/18 1:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>NATALIE A. PACILEO,<br>d/b/a ERIE COUNTY FARMS,<br><br>Debtor.<br><br>CONSUMER FRESH PRODUCE, INC.<br>and<br>BRIGIOTTA'S FARMLAND PRODUCE<br>& GARDEN CENTER, INC.,<br><br>Movant(s),<br><br>v.<br><br>No Respondents. | BANKRUPTCY NO. 15-11315-TPA<br><br>CHAPTER 7<br><br>Related to Document No. 487 |

## ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION

UPON CONSIDERATION of the Motion for *Pro Hac Vice* Admission for the admission *pro hac vice of* Aaron S. Applebaum, Esquire as counsel for Consumer Fresh Produce, Inc. and Brigiotta's Farmland Produce & Garden Center, Inc. and good cause having been shown to grant the motion, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that Aaron S. Applebaum may appear before this Court *pro hac vice* as counsel for Consumer Fresh Produce, Inc. and Brigiotta's Farmland Produce & Garden Center, Inc. in this matter.

Dated: April 9, 2018

_____
Honorable Thomas P. Agresti,   jlm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 15-11315-TPA
Natalie A. Pacileo                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: gamr            Page 1 of 2            Date Rcvd: Apr 09, 2018
                         Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2018.
db          +Natalie A. Pacileo,    6400 Dobler Road,   Girard, PA 16417-8780
aty         +Aaron S. Applebaum,    Saul Ewing Arnstein & Lehr LLP,   1500 Market Street,
              Philadelphia, PA 19102-2100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2018 at the address(es) listed below:
              Alicia M. Sandoval    on behalf of Creditor   Bayview Loan Servicing, LLC, attorney in fact for
               M&T Bank alicia.sandoval@obermayer.com
              Alicia M. Sandoval    on behalf of Creditor   M&T BANK alicia.sandoval@obermayer.com
              Carole  Katz    on behalf of Mediator Carole  Katz carole@carolekatz.com
              Charles  Kelly    on behalf of Plaintiff   Brigiotta's Farmland Produce & Garden Center, Inc.
               ckelly@saul.com,  thay@saul.com
              Charles  Kelly    on behalf of Creditor   Consumer Fresh Produce, Inc. ckelly@saul.com,
               thay@saul.com
              Charles  Kelly    on behalf of Creditor   Brigiottas Farmland Produce & Garden Center, Inc.
               ckelly@saul.com,  thay@saul.com
              Dorothy A. Davis    on behalf of Creditor   Wilmington Savings Fund Society, FSB, et. al.
               ddavis@eckertseamans.com
              Gary V. Skiba    on behalf of Accountant Trish  Shoulders gskiba@yochim.com,
               donna@yochim.com;rose227@hotmail.com
              Gary V. Skiba    on behalf of Debtor Natalie A. Pacileo gskiba@yochim.com,
               donna@yochim.com;rose227@hotmail.com
              Harry A. Readshaw    on behalf of Creditor   Wilmington Savings Fund Society, FSB, et. al.
               hreadshaw@eckertseamans.com, readshaw4@yahoo.com
              James  Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, et. al.
               bkgroup@kmllawgroup.com
              Jeffrey  Kurtzman    on behalf of Creditor   First Allied Corporation Kurtzman@kurtzmansteady.com
              Jeffrey  Kurtzman    on behalf of Creditor   Perry Plaza Erie PA, LP Kurtzman@kurtzmansteady.com
              Jeffrey C. Hampton    on behalf of Creditor   Consumer Fresh Produce, Inc. jhampton@saul.com
              Jennifer M. Irvin    on behalf of Creditor   Commonwealth Of Pennsylvania, Department of Labor and
               Industry, Unemployment Compensation Fund jeirvin@pa.gov,  jeirvin@pa.gov
              Jeremy Brian Darling    on behalf of Creditor   Consumer Fresh Produce, Inc. jdarling@saul.com,
               nmanning@saul.com
              Jeremy Brian Darling    on behalf of Creditor   Brigiottas Farmland Produce & Garden Center, Inc.
               jdarling@saul.com,  nmanning@saul.com
              Jill  Locnikar    on behalf of Creditor   United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              John F. Kroto    on behalf of Creditor   Perry Plaza Erie PA, LP john_kroto@pawb.uscourts.gov,
               knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
              Joseph B. Spero    on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com,
               jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
              Joseph B. Spero     sperolaw@neohio.twcbc.com,  jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
              Justin M. Tuskan    on behalf of Creditor   PSF Acquisition Company, LLC jtuskan@metzlewis.com
              Kate  Ellis    on behalf of Plaintiff   Brigiotta's Farmland Produce & Garden Center, Inc.
               kellis@mccarronlaw.com

```
District/off: 0315-1          User: gamr                  Page 2 of 2                  Date Rcvd: Apr 09, 2018
                              Form ID: pdf900             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Michael P. Kruszewski    on behalf of Creditor    Ford Brothers Wholesale Meats, Inc. mkruszewski@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com

        Michael P. Kruszewski    on behalf of Defendant    Ford Brothers Wholesale Meats, Inc. mkruszewski@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com

        Michael S. Jan Janin    on behalf of Creditor    Erie Federal Credit Union mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com

        Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue redmundson@attorneygeneral.gov

        Thomas  Brasco, Jr.    on behalf of Debtor Natalie A. Pacileo tbrasco@yochim.com

        Thomas  Brasco, Jr.    on behalf of Plaintiff Natalie A. Pacileo tbrasco@yochim.com

        TOTAL: 31