IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>NATALIE A. PACILEO,<br>d/b/a ERIE COUNTY FARMS, | : BANKRUPTCY NO. 15-11315-TPA<br>:<br>: |
| Debtor | : CHAPTER 7<br>: |
| BRIGIOTTA'S FARMLAND PRODUCE<br>& GARDEN CENTER, INC. and<br>CONSUMER FRESH PRODUCE, INC., | : Related to Document No. 473<br>:<br>: |
| Movants<br>v. | :<br>:<br>: |
| JOSEPH B. SPERO, AS CHAPTER 7<br>TRUSTEEE, | :<br>:<br>: |
| Respondent | : |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**AND NOW,** this 11th day of April, 2018, upon consideration of the motion (the "Motion") of Brigiotta's Farmland Produce & Garden Center, Inc. and Consumer Fresh Produce, Inc. for Relief from the Automatic Stay, and Requesting Expedited Hearing on Same, and any objections or response to the relief requested in the Motion, and after notice and an opportunity for hearing, and good cause appearing for the relief requested in the Motion, it is hereby

**ORDERED**, pursuant to 11 U.S.C. § 362(d) and Federal Rule of Bankruptcy Procedure 4001(a), that the motion be and hereby is GRANTED; and it is further

**ORDERED**, in accordance with the foregoing, that relief from the automatic stay under section 362(a) of the Bankruptcy Code shall be granted to permit Brigiotta's Farmland Produce & Garden Center, Inc. and Consumer Fresh Produce, Inc. to exercise their rights and remedies arising under state or federal law, including, without limitation, recording judgments against the

Debtor with the Erie County Prothonotary and initiating action to determine the extent to which the Dobler Property is impressed with the PACA trust; and it is further

**ORDERED**, that the 14-day stay of this Order pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived such that this Order shall be effective immediately upon entry; and it is further

**ORDERED** that this Court shall retain jurisdiction to implement and enforce this Order to the extent necessary or appropriate.

_____
Honorable Thomas P. Agresti,  jlm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Natalie A. Pacileo
    Debtor

Case No. 15-11315-TPA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: gamr     Page 1 of 2     Date Rcvd: Apr 11, 2018
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db            +Natalie A. Pacileo,    6400 Dobler Road,    Girard, PA 16417-8780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
         Alicia M. Sandoval    on behalf of Creditor    Bayview Loan Servicing, LLC, attorney in fact for
         M&T Bank alicia.sandoval@obermayer.com
         Alicia M. Sandoval    on behalf of Creditor    M&T BANK alicia.sandoval@obermayer.com
         Carole Katz    on behalf of Mediator Carole Katz carole@carolekatz.com
         Charles Kelly    on behalf of Plaintiff    Brigiotta's Farmland Produce & Garden Center, Inc.
         ckelly@saul.com, thay@saul.com
         Charles Kelly    on behalf of Creditor    Consumer Fresh Produce, Inc. ckelly@saul.com,
         thay@saul.com
         Charles Kelly    on behalf of Creditor    Brigiottas Farmland Produce & Garden Center, Inc.
         ckelly@saul.com, thay@saul.com
         Dorothy A. Davis    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et. al.
         ddavis@eckertseamans.com
         Gary V. Skiba    on behalf of Accountant Trish Shoulders gskiba@yochim.com,
         donna@yochim.com;rose227@hotmail.com
         Gary V. Skiba    on behalf of Debtor Natalie A. Pacileo gskiba@yochim.com,
         donna@yochim.com;rose227@hotmail.com
         Harry A. Readshaw    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et. al.
         hreadshaw@eckertseamans.com, readshaw4@yahoo.com
         James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et. al.
         bkgroup@kmllawgroup.com
         Jeffrey Kurtzman    on behalf of Creditor    First Allied Corporation Kurtzman@kurtzmansteady.com
         Jeffrey Kurtzman    on behalf of Creditor    Perry Plaza Erie PA, LP Kurtzman@kurtzmansteady.com
         Jeffrey C. Hampton    on behalf of Creditor    Consumer Fresh Produce, Inc. jhampton@saul.com
         Jennifer M. Irvin    on behalf of Creditor    Commonwealth Of Pennsylvania, Department of Labor and
         Industry, Unemployment Compensation Fund jeirvin@pa.gov, jeirvin@pa.gov
         Jeremy Brian Darling    on behalf of Creditor    Consumer Fresh Produce, Inc. jdarling@saul.com,
         nmanning@saul.com
         Jeremy Brian Darling    on behalf of Creditor    Brigiottas Farmland Produce & Garden Center, Inc.
         jdarling@saul.com, nmanning@saul.com
         Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
         Internal Revenue Service jill.locnikar@usdoj.gov,
         patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
         John F. Kroto    on behalf of Creditor    Perry Plaza Erie PA, LP john_kroto@pawb.uscourts.gov,
         knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
         Joseph B. Spero    on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com,
         jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
         Joseph B. Spero    sperolaw@neohio.twcbc.com, jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
         Justin M. Tuskan    on behalf of Creditor    PSF Acquisition Company, LLC jtuskan@metzlewis.com
         Kate Ellis    on behalf of Plaintiff    Brigiotta's Farmland Produce & Garden Center, Inc.
         kellis@mccarronlaw.com

```
District/off: 0315-1          User: gamr              Page 2 of 2                  Date Rcvd: Apr 11, 2018
                              Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Michael P. Kruszewski    on behalf of Creditor    Ford Brothers Wholesale Meats, Inc.
           mkruszewski@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com
          Michael P. Kruszewski    on behalf of Defendant    Ford Brothers Wholesale Meats, Inc.
           mkruszewski@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com
          Michael S. Jan Janin    on behalf of Creditor    Erie Federal Credit Union mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com
          Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue    redmundson@attorneygeneral.gov
          Thomas   Brasco, Jr.    on behalf of Plaintiff Natalie A. Pacileo tbrasco@yochim.com
          Thomas   Brasco, Jr.    on behalf of Debtor Natalie A. Pacileo tbrasco@yochim.com
                                                                       TOTAL: 31