FILED
4/11/18 11:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 15-11315-TPA |
| NATALIE A. PACILEO, | : |
| d/b/a ERIE COUNTY FARMS, | : |
| | : |
| Debtor | : CHAPTER NO. 7 |
| | : |
| CONSUMER FRESH PRODUCE, INC. | : |
| | : |
| Movant | : Related to Document No. 475 |
| v. | : |
| | : |
| NATALIE A. PACILEO, | : |
| d/b/a ERIE COUNTY FARMS, | : |
| | : |
| Respondent | : |

**JUDGMENT AND DECLARATION OF NON-DISCHARGEABILITY**
**AS TO DEBTOR NATALIE PACILEO D/B/A ERIE COUNTY FARMS**

AND NOW, this 11th day of April, 2018, upon consideration of the Motion to Convert Order on Non-Dischargeability to Judgment and Declaration of Non-Dischargeability filed by Consumer Fresh Produce, Inc. (hereinafter "Consumer"), and any opposition thereto, the relief requested by the Consumer is **GRANTED**, and it is further

**ORDERED** the Order on Non-Dischargeability entered on June 3, 2016 [Doc. 211] is hereby converted to a Judgment and Declaration of Non-Dischargeability; and it is further

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered under the trust provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c)(2) ("PACA"), in favor of Consumer and against Debtor Natalie Pacileo d/b/a Erie County Farms in the amount of $81,631.53 all of which is due and owing under PACA; and it is further

**ORDERED, ADJUDGED AND DECREED** that Debtor Natalie Pacileo d/b/a Erie County Farms' debt to Consumer under PACA in the amount of $81,631.53 is non-dischargeable

under 11 U.S.C. § 523(a)(4) in this bankruptcy proceeding or any subsequent bankruptcy proceedings commenced by Debtor Natalie Pacileo d/b/a Erie County Farms.

_____
Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-11315-TPA
Natalie A. Pacileo                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr              Page 1 of 2              Date Rcvd: Apr 11, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db             +Natalie A. Pacileo,   6400 Dobler Road,    Girard, PA 16417-8780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
          Alicia M. Sandoval    on behalf of Creditor    Bayview Loan Servicing, LLC, attorney in fact for
           M&T Bank alicia.sandoval@obermayer.com
          Alicia M. Sandoval    on behalf of Creditor    M&T BANK alicia.sandoval@obermayer.com
          Carole  Katz    on behalf of Mediator Carole  Katz carole@carolekatz.com
          Charles  Kelly    on behalf of Plaintiff    Brigiotta's Farmland Produce & Garden Center, Inc.
           ckelly@saul.com,   thay@saul.com
          Charles  Kelly    on behalf of Creditor    Consumer Fresh Produce, Inc. ckelly@saul.com,
           thay@saul.com
          Charles  Kelly    on behalf of Creditor    Brigiottas Farmland Produce & Garden Center, Inc.
           ckelly@saul.com,   thay@saul.com
          Dorothy A. Davis    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et. al.
           ddavis@eckertseamans.com
          Gary V. Skiba    on behalf of Accountant Trish  Shoulders gskiba@yochim.com,
           donna@yochim.com;rose227@hotmail.com
          Gary V. Skiba     on behalf of Debtor Natalie A. Pacileo gskiba@yochim.com,
           donna@yochim.com;rose227@hotmail.com
          Harry A. Readshaw    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et. al.
           hreadshaw@eckertseamans.com,   readshaw4@yahoo.com
          James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et. al.
           bkgroup@kmllawgroup.com
          Jeffrey  Kurtzman    on behalf of Creditor    First Allied Corporation Kurtzman@kurtzmansteady.com
          Jeffrey  Kurtzman    on behalf of Creditor    Perry Plaza Erie PA, LP Kurtzman@kurtzmansteady.com
          Jeffrey C. Hampton    on behalf of Creditor    Consumer Fresh Produce, Inc. jhampton@saul.com
          Jennifer M. Irvin    on behalf of Creditor    Commonwealth Of Pennsylvania, Department of Labor and
           Industry, Unemployment Compensation Fund jeirvin@pa.gov,   jeirvin@pa.gov
          Jeremy Brian Darling    on behalf of Creditor    Consumer Fresh Produce, Inc. jdarling@saul.com,
           nmanning@saul.com
          Jeremy Brian Darling    on behalf of Creditor    Brigiottas Farmland Produce & Garden Center, Inc.
           jdarling@saul.com,   nmanning@saul.com
          Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
           Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          John F. Kroto    on behalf of Creditor    Perry Plaza Erie PA, LP john_kroto@pawb.uscourts.gov,
           knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
          Joseph B. Spero    on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com,
           jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
          Joseph B. Spero    sperolaw@neohio.twcbc.com,    jspero@ecf.epiqsystems.com;legalmom18@hotmail.com
          Justin M. Tuskan    on behalf of Creditor    PSF Acquisition Company, LLC jtuskan@metzlewis.com
          Kate  Ellis    on behalf of Plaintiff    Brigiotta's Farmland Produce & Garden Center, Inc.
           kellis@mccarronlaw.com

```
District/off: 0315-1           User: gamr                  Page 2 of 2                   Date Rcvd: Apr 11, 2018
                               Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Michael P. Kruszewski    on behalf of Creditor    Ford Brothers Wholesale Meats, Inc.
         mkruszewski@quinnfirm.com,
         knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com

        Michael P. Kruszewski    on behalf of Defendant    Ford Brothers Wholesale Meats, Inc.
         mkruszewski@quinnfirm.com,
         knottingham@quinnfirm.com;mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com

        Michael S. Jan Janin    on behalf of Creditor    Erie Federal Credit Union mjanjanin@quinnfirm.com,
         knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com

        Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue    redmundson@attorneygeneral.gov

        Thomas   Brasco, Jr.    on behalf of Plaintiff Natalie A. Pacileo tbrasco@yochim.com

        Thomas   Brasco, Jr.    on behalf of Debtor Natalie A. Pacileo tbrasco@yochim.com

                                                                              TOTAL: 31