UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| NATALIE A. PACILEO, | : | BANKRUPTCY NO. 15-11315-TPA |
| d/b/a ERIE COUNTY FARMS, | : | |
| Debtor | : | CHAPTER NO. 7. |
| | : | |
| GARY V. SKIBA, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICAN, | : | |
| INTERNAL REVENUE SERVICE; | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| LABOR AND INDUSTRY; | : | DOC. NO. |
| PENNSYLVANIA DEPARTMENT OF | : | |
| REVENUE, PERRY PLAZA ERIE, | : | |
| PA LIMITED, FORD BROTHERS | : | |
| WHOLESALE MEATS, INC., | : | |
| CONSUMER FRESH PRODUCE, INC., | : | |
| BRIGIOTTA'S FARMLAND PRODUCE & | : | |
| GARDEN CENTER, INC., JOSEPH P. | : | |
| SPERO, CHAPTER 7 TRUSTEE, and | : | |
| NATALIE A. PACILEO, | : | |
| Respondents | : | |

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion, Doc. No. 500, filed on June 6, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice, objections to the Motion, Doc. No. 500, were to be filed and served no later than June 23, 2022. It is hereby respectfully requested that the Order attached to the Motion, Doc. No. 500, be entered by the Court.

Dated: June 24, 2022

                             /s/ Gary V. Skiba
                             Gary V. Skiba, Esq.
                             300 State St., Suite 300
                             Erie, PA  16507
                             814/456-5301
                             PA Attorney I.D. No. 18153
                             gskiba@marshlaw.com

48517-bkr