# UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No.: 15-11315-TPA |
| NATALIE A. PACILEO, | Chapter No. 7 |
| *d/b/a* ERIE COUNTY FARMS, | |
|     Debtor. | |
| | |
| GARY V. SKIBA, | |
|     Movant, | |
| | |
| v. | |
| | |
| UNITED STATES OF AMERICA, | |
| INTERNAL REVENUE SERVICE; | |
| PENNSYLVANIA DEPARTMENT OF | |
| LABOR AND INDUSTRY; | |
| PENNSYLVANIA DEPARTMENT OF | |
| REVENUE; PERRY PLAZA ERIE, PA | |
| LIMITED; FORD BROTHERS | |
| WHOLESALE MEATS, INC.: | |
| CONSUMER FRESH PRODUCE, INC.; | |
| BRIGIOTTA'S FARMLAND PRODUCE | |
| & GARDEN CENTER, INC.; JOSEPH P.: | |
| SPERO, CHAPTER 7 TRUSTEE; and | |
| NATALIE A. PACILEO, | |
|     Respondents. | |

## NOTICE OF APPEARANCE

To: <u>Clerk of Courts</u>

Kindly enter the appearance of Michael J. Joyce, Esq., of Saul Ewing Arnstein & Lehr LLP, on behalf of Consumer Fresh Produce, Inc. Furthermore, request is hereby made that notice of all pending and future matters in the above-captioned case be given to the undersigned and that the name and address of the undersigned be added to the mailing matrix of the Debtor.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: <u>July 13, 2022</u> | SAUL EWING ARNSTEIN & LEHR LLP |

<u>/s/ Michael J. Joyce</u>
Michael J. Joyce, Esq.
*Michael.Joyce@saul.com*
One PPG Place, 30th Floor
Pittsburgh, PA 15222
Tel.: (412) 209-2500
Fax: (412) 209-2539

*Counsel for Consumer Fresh Produce, Inc.*