IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 15-11315-TPA |
| Natalie A. Pacileo | : | Chapter: | 7 |
| *Debtor(s).* | : | Date: | 7/14/2022 |
| | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER**      #500 Motion to Reopen Chapter 7 Case
              #505 CNO filed

**APPEARANCES:**

| | |
|---|---|
| Debtor: | Gary V. Skiba |
| Trustee: | Joseph B. Spero (No Appearance) |
| Consumer Fresh Produce: | Kate Ellis |
| Ford Brothers Wholesale Meats: | Michael Kruszewski |

**NOTES:**

Skiba:        Explained the timing behind the motion to reopen.

Ellis:        Provided background on the history of this matter and Brigiotta's involvement. We spent a lot of time trying to resolve these issues.

Kruszewski:   Provided background on the nature of Ford Wholesale Meat's interest.

**OUTCOME:**    #500 . . . GRANTED for limited purposes only. Chambers to Issue Order.

jlm