FILED
7/15/22 12:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    Bankruptcy No.: 15-11315-TPA
NATALIE A. PACILEO,                                       Chapter No. 7
*d/b/a* ERIE COUNTY FARMS,
      Debtor,

CONSUMER FRESH PRODUCE, INC.,
and BRIGIOTTA'S FARMLAND
PRODUCE & GARDEN CENTER, INC.,
      Movants,

     v.

      No Respondents.

### <u>ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION</u>

UPON CONSIDERATION of the Motion for *Pro Hac Vice* Admission for the admission *pro hac vice* of Kate Ellis, Esq. as counsel for Consumer Fresh Produce, Inc. and Brigiotta's Farmland Produce & Garden Center, Inc., and good cause having been shown to grant the Motion, it is hereby ORDERED that the Motion is granted; and it is further ORDERED that Kate Ellis Esq. may appear before this Court *pro hac vice* as counsel for Consumer Fresh Produce, Inc. and Brigiotta's Farmland Produce & Garden Center, Inc. in this matter.

dak

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 15-11315-TPA
Natalie A. Pacileo                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                      User: auto                                  Page 1 of 3
Date Rcvd: Jul 15, 2022                   Form ID: pdf900                             Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Natalie A. Pacileo, 6400 Dobler Road, Girard, PA 16417-8780 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron S. Applebaum | on behalf of Creditor Brigiottas Farmland Produce & Garden Center  Inc. aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com |
| Aaron S. Applebaum | on behalf of Creditor Consumer Fresh Produce  Inc. aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com |
| Alicia M. Sandoval | on behalf of Creditor Bayview Loan Servicing  LLC, attorney in fact for M&T Bank asandoval@okllp.com, brausch@pincuslaw.com |
| Alicia M. Sandoval | on behalf of Creditor M&T BANK asandoval@okllp.com  brausch@pincuslaw.com |
| Carole Katz | |

District/off: 0315-1                                    User: auto                                    Page 2 of 3
Date Rcvd: Jul 15, 2022                          Form ID: pdf900                          Total Noticed: 1

on behalf of Mediator Carole Katz carole@carolekatz.com

Charles Kelly
    on behalf of Creditor Brigiottas Farmland Produce & Garden Center  Inc ckelly@saul.com, thay@saul.com

Charles Kelly
    on behalf of Plaintiff Brigiotta's Farmland Produce & Garden Center  Inc ckelly@saul.com, thay@saul.com

Charles Kelly
    on behalf of Creditor Consumer Fresh Produce  Inc ckelly@saul.com, thay@saul.com

Dorothy A. Davis
    on behalf of Creditor Wilmington Savings Fund Society  FSB, et. al. ddavis@eckertseamans.com

Gary V. Skiba
    on behalf of Accountant Trish Shoulders gskiba@marshlaw.com  DGeniesse@marshlaw.com;rose227@hotmail.com

Gary V. Skiba
    on behalf of Debtor Natalie A. Pacileo gskiba@marshlaw.com  DGeniesse@marshlaw.com;rose227@hotmail.com

Gary V. Skiba
    on behalf of Interested Party Gary V Skiba gskiba@marshlaw.com  DGeniesse@marshlaw.com;rose227@hotmail.com

Harry A. Readshaw
    on behalf of Creditor Wilmington Savings Fund Society  FSB, et. al. hreadshaw@wtplaw.com, readshaw4@yahoo.com

James Warmbrodt
    on behalf of Creditor Wilmington Savings Fund Society  FSB, et. al. bkgroup@kmllawgroup.com

Jeffrey Kurtzman
    on behalf of Creditor Perry Plaza Erie PA  LP Kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
    on behalf of Creditor First Allied Corporation Kurtzman@kurtzmansteady.com

Jeffrey C. Hampton
    on behalf of Creditor Consumer Fresh Produce  Inc jhampton@saul.com

Jennifer M. Irvin
    on behalf of Creditor Commonwealth Of Pennsylvania  Department of Labor and Industry, Unemployment Compensation Fund
jeirvin@pa.gov, jeirvin@pa.gov

Jeremy Brian Darling
    on behalf of Creditor Brigiottas Farmland Produce & Garden Center  Inc jdarling@saul.com, nmanning@saul.com

Jeremy Brian Darling
    on behalf of Creditor Consumer Fresh Produce  Inc jdarling@saul.com, nmanning@saul.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

John F. Kroto
    on behalf of Creditor Perry Plaza Erie PA  LP john_kroto@pawb.uscourts.gov,
knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com

Joseph B. Spero
    sperolaw@neohio.twcbc.com  jspero@ecf.axosfs.com;legalmom18@hotmail.com

Joseph B. Spero
    on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com  jspero@ecf.axosfs.com;legalmom18@hotmail.com

Justin M. Tuskan
    on behalf of Creditor PSF Acquisition Company  LLC jtuskan@metzlewis.com, mmattheis@metzlewis.com

Kate Ellis
    on behalf of Plaintiff Brigiotta's Farmland Produce & Garden Center  Inc kellis@mccarronlaw.com

Michael J. Joyce
    on behalf of Creditor Brigiottas Farmland Produce & Garden Center  Inc mjoyce@saul.com

Michael J. Joyce
    on behalf of Creditor Consumer Fresh Produce  Inc mjoyce@saul.com

Michael P. Kruszewski
    on behalf of Creditor Ford Brothers Wholesale Meats  Inc mkruszewski@quinnfirm.com,
mboni@quinnfirm.com;quinnbankrupcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@
gmail.com

Michael P. Kruszewski
    on behalf of Defendant Ford Brothers Wholesale Meats  Inc mkruszewski@quinnfirm.com,
mboni@quinnfirm.com;quinnbankrupcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@
gmail.com

Michael S. Jan Janin
    on behalf of Creditor Erie Federal Credit Union mjanjanin@quinnfirm.com
    mboni@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert C. Edmundson
    on behalf of Creditor Office of Attorney General Department of Revenue redmundson@attorneygeneral.gov

Thomas Brasco, Jr.
    on behalf of Debtor Natalie A. Pacileo tbrasco@yochim.com  donna@yochim.com

Thomas Brasco, Jr.
    on behalf of Plaintiff Natalie A. Pacileo tbrasco@yochim.com  donna@yochim.com


TOTAL: 36