```
                 UNITED STATES BANKRUPTCY COURT FOR
                 THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                              :
NATALIE A. PACILEO,                 : BANKRUPTCY NO. 15-11315-TPA
d/b/a ERIE COUNTY FARMS,            :
        Debtor                      : CHAPTER NO. 7.
                                    :
GARY V. SKIBA,                      :
        Movant                      :
                                    :
             v.                     :
                                    :
UNITED STATES OF AMERICAN,          :
INTERNAL REVENUE SERVICE;           :
PENNSYLVANIA DEPARTMENT OF          :
LABOR AND INDUSTRY;                 : DOC. NO.
PENNSYLVANIA DEPARTMENT OF          :
REVENUE, PERRY PLAZA ERIE,          :
PA LIMITED, FORD BROTHERS           :
WHOLESALE MEATS, INC.,              :
CONSUMER FRESH PRODUCE, INC.,       :
BRIGIOTTA'S FARMLAND PRODUCE &      :
GARDEN CENTER, INC., JOSEPH P.      :
SPERO, CHAPTER 7 TRUSTEE, and       :
NATALIE A. PACILEO,                 :
        Respondents                 :
```

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this date, July 20, 2022, I served copies of this Court's Said Order dated July 19, 2022, Doc. No. 515, upon all respondents at the addresses set forth below. The type of service on the party was by first class mail, postage prepaid.

U.S. Attorney's Office
17 South Park Row, Room A330
Erie, PA 16501

U.S. Attorney
Western District of PA
U.S. Post Office and Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

United States IRS
1001 Liberty Ave., Suite 1300
Pittsburgh, PA 15222

The Attorney General of the United States
Washington, DC 20530

Internal Revenue Service
Special Procedures Branch
1000 Liberty Ave., Suite 701A
Pittsburgh, PA 15222

PA Department of Labor & Industry
Unemployment Compensation Fund
PO Box 60130
Harrisburg, PA 17106

PA Department of Labor & Industry
1616 Labor & Industry Building
Attn.: Office of Chief Counsel
Harrisburg, PA 17120

Bureau of UC Benefits & Allowances
Pennsylvania Department of Labor & Industry
c/o Office of Chief Counsel/ES Division
10th Floor Labor & Industry Building
7th & Forster Sts.
Harrisburg, PA 17120

Bureau of Employer Tax Operations
Employment Compensation Taxes
PA Department of Labor and Industry
c/o Office of Chief Counsel/Employment Security
Attn.: Jennifer M. Irvin, Esq.
301 5th Avenue, Suite 230
Pittsburgh, PA 15222

Kate Ellis, Esq.
McCarron & Diess
4530 Wisconsin Avenue N.W., Suite 301
Washington, D.C. 20016
Attorney for Consumer Fresh Produce, Inc.

Pennsylvania Department of Revenue
Bureau of Compliance
PO Box 280948
Harrisburg, PA 17128-0948

Perry Plaza Erie, PA Ltd.
270 Commerce Drive
Rochester, NY 14623

Ford Brothers Wholesale Meats, Inc.
9129 Route 219
West Valley, NY 14171

Consumer Fresh Produce, Inc.
One 21st Street
Pittsburgh, PA 15222

Brigiotta's Farmland Produce & Garden Center, Inc.
410-414 Fairmont Avenue
Jamestown, NY 14701

Natalie A. Pacileo
962 Colony Drive
Erie, PA 16505

Michael J. Joyce, Esq.
Saul Ewing Arnestein & Lehr, LLP
One PPG Place, 30th Floor
Pittsburgh, PA 15222
Attorney for Brigiotta's Farmland Produce & Garden Center, Inc.

Michael P. Kruszewski, Esq.
2222 West Grandview Blvd.
Erie, PA 16506
Attorney for Ford Brothers Wholesale Meats, Inc.

Natalie A. Pacileo
6400 Dobler Road
Girard, PA 16417

Pennsylvania Department of Revenue
Attn.: Jennifer E. Irvin, Esq.
301 5th Avenue, Suite 230
Pittsburgh, PA 15222

PA Department of Labor & Industry
Office of Chief Counsel
Strawberry Square
1616 Labor & Industry Building
Harrisburg, PA 17120

Pennsylvania Department of Revenue
Attn.: Office of Chief Counsel
Jeffery Snavely
Dept. 281061
Harrisburg, PA 17128-1061

Attorney General of Pennsylvania
Attn.: Josh Shapiro, Esq.
16th Floor Strawberry Square
Harrisburg, PA 17120

Department of Labor & Industry
Attn.: Marsha A. Sajer, Chief Counsel
651 Boas Street, 10th Floor
Harrisburg, PA 17121

Type of service made on the party below was electronic notification

also:

Ronda J. Winnecour, Esq.
cmecf@chapter13trusteewdpa.com

Dated: July 20, 2022

/s/ Gary V. Skiba
Gary V. Skiba, Esq.
Marsh Schaaf, LLP
300 State Street
Erie, PA 16507
814/456-5301
Fax No. 814/456-1103
gskiba@marshlaw.com