FILED
7/18/22 11:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   NATALIE A. PACILEO          :   Case No. 15-11315-TPA
            *Debtor*                    :   Chapter 7
                                     :   Related to Doc. No. 500

## ORDER

A hearing was held on July 14, 2022, on the Debtor's *Motion to Reopen Chapter 7 Case* (Doc. No. 500) at which time the Court explained that due to the approximate 6-year delay in raising this issue which presents a question of laches, as a matter of discretion, the Court is not inclined to grant the full relief requested. Therefore,

*AND NOW*, this *18th* day of *July 2022*, in light of the matters discussed above, and on the record at the time of the July 14, 2022, hearing, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that The *Motion to Reopen Chapter 7 Case* is **GRANTED in part** for the limited purpose of efficiency and possible expedited resolution of the *Motion* among the Parties, and solely for the purpose of obtaining a consensual distribution of the $44,920.55 currently held in the IOLTA account of Counsel for the Debtor from the sale of two parcels of land. To that end, ***on or before July 21, 2022***, Consumer Fresh Produce, Inc. shall file a proposed distribution order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
   Debtor
   Gary Skiba, Esq.
   Kate Ellis, Esq.
   Michael Kruzewski, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-11315-TPA |
| Natalie A. Pacileo | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 18, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Natalie A. Pacileo, 6400 Dobler Road, Girard, PA 16417-8780 |
| aty | + | Kate Ellis, McCarron & Diess, 4530 Wisconsin Ave, N.W., Ste 301, Washington, DC 20016-4667 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2022            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron S. Applebaum | |
| | on behalf of Creditor Brigiottas Farmland Produce & Garden Center  Inc. aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com |
| Aaron S. Applebaum | |
| | on behalf of Creditor Consumer Fresh Produce  Inc. aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com |
| Alicia M. Sandoval | |
| | on behalf of Creditor Bayview Loan Servicing  LLC, attorney in fact for M&T Bank asandoval@okllp.com, brausch@pincuslaw.com |
| Alicia M. Sandoval | |
| | on behalf of Creditor M&T BANK asandoval@okllp.com  brausch@pincuslaw.com |

Case 15-11315-TPA    Doc 517    Filed 07/20/22    Entered 07/21/22 00:25:06    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2022 | Form ID: pdf900 | Total Noticed: 2 |

| | |
|---|---|
| Carole Katz | on behalf of Mediator Carole Katz carole@carolekatz.com |
| Charles Kelly | on behalf of Creditor Brigiottas Farmland Produce & Garden Center  Inc. ckelly@saul.com, thay@saul.com |
| Charles Kelly | on behalf of Plaintiff Brigiotta's Farmland Produce & Garden Center  Inc. ckelly@saul.com, thay@saul.com |
| Charles Kelly | on behalf of Creditor Consumer Fresh Produce  Inc. ckelly@saul.com, thay@saul.com |
| Dorothy A. Davis | on behalf of Creditor Wilmington Savings Fund Society  FSB, et. al. ddavis@eckertseamans.com |
| Gary V. Skiba | on behalf of Accountant Trish Shoulders gskiba@marshlaw.com DGeniesse@marshlaw.com;rose227@hotmail.com |
| Gary V. Skiba | on behalf of Debtor Natalie A. Pacileo gskiba@marshlaw.com DGeniesse@marshlaw.com;rose227@hotmail.com |
| Gary V. Skiba | on behalf of Interested Party Gary V Skiba gskiba@marshlaw.com DGeniesse@marshlaw.com;rose227@hotmail.com |
| Harry A. Readshaw | on behalf of Creditor Wilmington Savings Fund Society  FSB, et. al. hreadshaw@wtplaw.com, readshaw4@yahoo.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society  FSB, et. al. bkgroup@kmllawgroup.com |
| Jeffrey Kurtzman | on behalf of Creditor Perry Plaza Erie PA  LP Kurtzman@kurtzmansteady.com |
| Jeffrey Kurtzman | on behalf of Creditor First Allied Corporation Kurtzman@kurtzmansteady.com |
| Jeffrey C. Hampton | on behalf of Creditor Consumer Fresh Produce  Inc. jhampton@saul.com |
| Jennifer M. Irvin | on behalf of Creditor Commonwealth Of Pennsylvania  Department of Labor and Industry, Unemployment Compensation Fund jeirvin@pa.gov, jeirvin@pa.gov |
| Jeremy Brian Darling | on behalf of Creditor Brigiottas Farmland Produce & Garden Center  Inc. jdarling@saul.com, nmanning@saul.com |
| Jeremy Brian Darling | on behalf of Creditor Consumer Fresh Produce  Inc. jdarling@saul.com, nmanning@saul.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| John F. Kroto | on behalf of Creditor Perry Plaza Erie PA  LP john_kroto@pawb.uscourts.gov, knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com |
| Joseph B. Spero | sperolaw@neohio.twcbc.com jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Joseph B. Spero | on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Justin M. Tuskan | on behalf of Creditor PSF Acquisition Company  LLC jtuskan@metzlewis.com, mmattheis@metzlewis.com |
| Kate Ellis | on behalf of Plaintiff Brigiotta's Farmland Produce & Garden Center  Inc. kellis@mccarronlaw.com |
| Michael J. Joyce | on behalf of Creditor Brigiottas Farmland Produce & Garden Center  Inc. mjoyce@saul.com |
| Michael J. Joyce | on behalf of Creditor Consumer Fresh Produce  Inc. mjoyce@saul.com |
| Michael P. Kruszewski | on behalf of Creditor Ford Brothers Wholesale Meats  Inc. mkruszewski@quinnfirm.com, mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Michael P. Kruszewski | on behalf of Defendant Ford Brothers Wholesale Meats  Inc. mkruszewski@quinnfirm.com, mboni@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@ |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Jul 18, 2022 | Form ID: pdf900 | Total Noticed: 2 |

    gmail.com

Michael S. Jan Janin
    on behalf of Creditor Erie Federal Credit Union mjanjanin@quinnfirm.com
    mboni@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert C. Edmundson
    on behalf of Creditor Office of Attorney General Department of Revenue redmundson@attorneygeneral.gov

Thomas Brasco, Jr.
    on behalf of Debtor Natalie A. Pacileo tbrasco@yochim.com  donna@yochim.com

Thomas Brasco, Jr.
    on behalf of Plaintiff Natalie A. Pacileo tbrasco@yochim.com  donna@yochim.com

TOTAL: 36