```
                    UNITED STATES BANKRUPTCY COURT FOR
                    THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                :
NATALIE A. PACILEO,                   : BANKRUPTCY NO. 15-11315-TPA
d/b/a ERIE COUNTY FARMS,              :
        Debtor                        : CHAPTER NO. 7.
                                      :
GARY V. SKIBA,                        :
        Movant                        :
                                      :
        v.                            :
                                      :
UNITED STATES OF AMERICAN,            :
INTERNAL REVENUE SERVICE;             :
PENNSYLVANIA DEPARTMENT OF            :
LABOR AND INDUSTRY;                   : DOC. NO.
PENNSYLVANIA DEPARTMENT OF            :
REVENUE, PERRY PLAZA ERIE,            :
PA LIMITED, FORD BROTHERS             :
WHOLESALE MEATS, INC.,                : Related to Doc. Nos. 500, 515
CONSUMER FRESH PRODUCE, INC.,         :
BRIGIOTTA'S FARMLAND PRODUCE &        :
GARDEN CENTER, INC., JOSEPH P.        :
SPERO, CHAPTER 7 TRUSTEE, and         :
NATALIE A. PACILEO,                   :
        Respondents                   :
```

## CERTIFICATE OF PAYMENT

In accordance with this Court's order of July 14, 2022, Doc. No. 515, no response or objection having been filed by any of the respondents or any other person or entity, the undersigned this date, August 5, 2022, dispatched a check payable to Brigiotta's Farmland Produce & Garden Center, Inc., by way of its attorney, Kate Ellis, Esq., 4530 Wisconsin Ave., NW, Suite 301, Washington, D.C. 20016, in the amount of $44,992.55 from the undersigned's IOLTA account.

Dated: August 5, 2022

/s/ Gary V. Skiba  
Gary V. Skiba, Esq.  
Marsh Schaaf, LLP  
300 State St., Suite 300  
Erie, PA  16507  
814/456-5301  
Fax No. 814/456-1112  
PA Attorney I.D. No. 18153  
gskiba@marshlaw.com